# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-102-05 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| WINSTON GITTENS | Winston Gittens<br>unknown | **FILED**<br>MAY 1 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB: _____ PDID: _____ | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Hostage Taking Resulting in Death

Conspiracy to Commit Hostage Taking Resulting in Death

Aiding and Abetting and Causing an Act to be Done

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. §§ 1203(a) and 2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/26/2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE:<br>4/26/2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED   4-26-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED   5-15-06 | Sean McLeod    SDUSM | *[signature] S. B. M*  |
| HIDTA CASE:   Yes ___   No X | | OCDETF CASE:   Yes ___   No X |