UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED SATES OF AMERICA            :

      v.                                                    :Crim. No. 06-102-05 (JDB)

WINSTON GITTENS                     :

## **ORDER**

This matter having come before the Court on the Oral Motion of the Defendant's counsel for authorization to travel to Trinidad, it is this _____day of _____, 2006, for good cause shown, that the Motion of the Defendant is hereby, GRANTED.

_____
UNITED STATES DISTRICT JUDGE