UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

WINSTON GITTENS,

Defendant.

Crimnal No. 06-102 (05) (JDB)

**FILED**

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

This matter having come before the Court on the oral motion of the defendant's counsel

for authorization for counsel to travel to Trinidad, and for good cause shown, it is this __29th__ day

of June, 2006, hereby

ORDERED that the motion is GRANTED.

_____
JOHN D. BATES
United States District Judge

Copies to:

Thomas Abbenante
1919 Pennsylvania Ave., NW, Suite 200
Washington, DC 20006

Bruce Hegyi
Jeanne Marie Hauch
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20004