IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : Criminal No.: 06-102 (JDB) | **FILED** |
| | : 05 | |
| WINSTON GITTENS, *et al.*, | : | FEB 2 7 2007 |
| | : | |
| Defendants. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| | : | |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA OF WINSTON GITTENS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this factual proffer as a summary of the facts which the United States would have presented, had this matter had gone to trial, and which would have established the defendant's guilt beyond a reasonable doubt. The facts presented below are a summary of the Government's evidence, and are not intended to represent all of the evidence the Government could have presented at trial against this defendant:

1. During a period of time that included from on or about March 1, 2005 and continuing to on or about April 15, 2005, in Trinidad & Tobago ("Trinidad"), and within the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, **WINSTON GITTENS**, together with a group of conspirators, including but not limited to JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, RUSSEL JERRY JOSEPH, RICARDO De FOUR, LEON NURSE, also known as Leo, and KEVON DEMERIEUX, also known as Ketchit, did knowingly conspire and agree with each other and with other

conspirators, whose identities are known to **WINSTON GITTENS** and the Government, to seize and detain and threaten to kill, to injure, and to continue to detain Dinesh Maharaj and Balram Maharaj, United States citizens, in order to compel a third person to pay ransom for the release of Dinesh Maharaj and Balram Maharaj, as an explicit and implicit condition for the release of Dinesh Maharaj and Balram Maharaj.

2. The death of Balram Maharaj resulted from this conspiracy to commit hostage taking.

3. The object of the conspiracy was to obtain money belonging to Balram Maharaj.

4. Members of the conspiracy discussed and agreed to kidnap Dinesh Maharaj and hold him as a hostage for payment of ransom by Balram Maharaj.

5. Members of the conspiracy kidnaped Balram Maharaj and held him as a hostage, demanding payment of ransom from members of his family.

6. In furtherance of the conspiracy and to accomplish the object thereof, **WINSTON GITTENS**, while actively pursuing the objects of the conspiracy, and in concert with JASON ERROL PERCIVAL, also known as Soldier, DAVID SUCHIT, ZION CLARKE, RUSSEL JERRY JOSEPH, RICARDO De FOUR, LEON NURSE, also known as Leo, and KEVON DEMERIEUX, also known as Ketchit, and others, whose identities are known to **WINSTON GITTENS** and the Government, committed the following overt acts, among others:

   (a) In the weeks leading up to April 2005, **WINSTON GITTENS's** long-time friend, WAYNE PIERRE aka "Ninja," asked **WINSTON GITTENS** to get a "hot car" to be used in a future abduction, and **WINSTON GITTENS** agreed to supply the car for the abduction;

(b)     A few weeks later, **WAYNE PIERRE** told **WINSTON GITTENS** about a woman who had a child by an American man who was in the Vietnam War and who had obtained several million (American) dollars from an accident in the United States. **WAYNE PIERRE** said the woman wanted to have the child kidnaped to get money from the man;

(c)     **WAYNE PIERRE** said he needed a "hot car" for this endeavor, and would pay him for one. **WINSTON GITTENS** agreed to provide such a car to **WAYNE PIERRE** for the kidnapping, and **WINSTON GITTENS** hoped he would make $3,000 Trinidad dollars for his efforts;

(d)     Approximately two weeks before April 6, 2005, **WINSTON GITTENS** was contacted by JASON PERCIVAL who told **WINSTON GITTENS** they needed to meet. **WINSTON GITTENS** met with WAYNE PIERRE and JASON ERROL PERCIVAL aka "Soldier" and the three of them went together to the home of LEON NURSE aka "Leo." LEON NURSE came outside and told WAYNE PIERRE, JASON PERCIVAL, and **WINSTON GITTENS** that LEON NURSE had heard from the woman and that Balram Maharaj was due to arrive in Trinidad any day;

(e)     During this meeting, RICARDO De FOUR arrived at LEON NURSE's house and participated in the discussions about the kidnapping along with WAYNE PIERRE, JASON PERCIVAL, LEON NURSE, and **WINSTON GITTENS**, and it was decided they would kidnap the father (Balram Maharaj) and would obtain the ransom money from his mother;

(f)     On or about April 2, 2006, **WINSTON GITTENS** met with **WAYNE PIERRE, JASON PERCIVAL, RUSSEL JOSEPH** aka "Saucy," and they discussed that Balram Maharaj had arrived in Trinidad and had been seen drinking at various bars and the group discussed logistics for the kidnapping;

(f)     On or about April 6, 2005, at approximately 7:00 pm, **WINSTON GITTENS** heard on the news that Balram Maharaj had been kidnapped at the Samaan Tree Bar, and **WINSTON GITTENS** knew this must be the person whom they had targeted. The news indicated the victim was sick and needed medicine;

(g)     On or about April 9, 2005, **JASON PERCIVAL** told **WINSTON GITTENS** the group had successfully kidnapped the man and that the group wanted **WINSTON GITTENS** to make some ransom calls;

(h)     In the early evening hours, on or about April 9, 2005, **WINSTON GITTENS** went to the home of **WAYNE PIERRE**. **WAYNE PIERRE** told **WINSTON GITTENS** they had the man and that **WINSTON GITTENS** should make some ransom calls. **WAYNE PIERRE** informed **WINSTON GITTENS** that **ZION CLARKE** and **KEVON DEMERIEUX** aka "Ketchit," were guarding the victim in the bush and that **KENNETH PIERRE** was bringing the guards groceries and was relaying messages;

(i)     On that evening, **WINSTON GITTENS** and **JASON PERCIVAL** drove together to a public pay telephone, from which **WINSTON GITTENS** made a telephone call to the family of Balram Maharaj and demanded $3

million Trinidad dollars for the release of Balram Maharaj;

(j) Over the next several days, **WINSTON GITTENS** made a series of calls to the family of Balram Maharaj demanding money for the release of Balram Maharaj. JASON PERCIVAL was present with **WINSTON GITTENS** for each of these telephone calls and would direct **WINSTON GITTENS** as to what **WINSTON GITTENS** should say to the family;

(k) On or about April 11, 2005, **WINSTON GITTENS** met at the Mellow Moods Bar with RICARDO De FOUR, LEON NURSE, and JASON PERCIVAL. At this meeting, JASON PERCIVAL informed LEON NURSE and RICARDO De FOUR of the lack of progress in the ransom negotiations. LEON NURSE informed the group that the woman said the victim had "real money" and that the victim's family was "playing games;"

(l) On or about April 12, 2005, **WINSTON GITTENS** went to WAYNE PIERRE's home. WAYNE PIERRE told **WINSTON GITTENS** that "Gypsy's son" (ANDERSON STRAKER) had gone up to the campsite and had interrogated the victim. WAYNE PIERRE told **WINSTON GITTENS** the victim was not looking good and that **WINSTON GITTENS** should go out that day with JASON PERCIVAL and see how best to wrap this matter up;

(m) On or about April 12, 2005, **WINSTON GITTENS** drove around with JASON PERCIVAL and made what turned out to the his last ransom call to the victim's family.

7. **WINSTON GITTENS'** participation in the conspiracy, and his actions in furtherance thereof, were done knowingly, voluntarily, and intentionally, and were not the product of an accident or mistake.

8. **WINSTON GITTENS** is guilty of Count One of the Superseding Indictment (Conspiracy to Commit Hostage Taking Resulting in Death), in violation of 18 U.S.C. § 1203(a), and Count Two of the Superseding Indictment (Hostage Taking Resulting in Death), in violation of 18 U.S.C. § 1203(a).

I, WINSTON GITTENS, HEREBY CERTIFY AND DECLARE THAT ALL OF THE FACTS SET FORTH ABOVE IN THIS FACTUAL PROFFER ARE TRUE AND CORRECT.

_Feb. 27, 2007_       _Winston Gittens_
Date                WINSTON GITTENS
                        Defendant

I have carefully and completely reviewed this Factual Proffer with my client, Winston Gittens, and he agrees that each of the facts set forth above is true and correct.

_Feb. 27, 2007_       _Thomas Abbenante_
Date                THOMAS ABBENANTE, ESQUIRE
                        Attorney for Winston Gittens

For the United States:

_2/14/07_
Date                Bruce R. Hegyi
                        Assistant United States Attorney

_2/14/07_
Date                Jeanne M. Hauch
                        Assistant United States Attorney