# STATEMENT

Name CHRISTOPHER SEALEY                    Sex Male   Age 32 years   D.O.B. 23/6/75

Occupation Shop Keeper                     Address 12 Kingston Avenue, La Canoa Road, Punta Cruz

Investigating Officer taking Statement No. 13158 WPc M. MITCHELL - Carpark

Others present No. 11662 Pl. RIDER, JUSTICE OF THE PEACE Mr. ASQUITH CHEEKS and
                Hyatt DAVID SEALEY JNR.                    Homicide

Date 8 August 2006   Time Commenced 9:15pm      Place Hecuba Police Station

---

I, MICHAEL BOURNE, also known as CHRISTOPHER SEALEY and BOYIE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain and instruct a legal advisor Christopher Bourne

[signed]

On early January 2005 Wayne PIERRE come and check meh and say he have some work line up. He tell meh how we go meet by Melounodes. When we reach by Melounodes everybody was in the soldiers and them.

CB: About the same man, CB, which part he does be drinking in El Socorro and after the meeting by the bar when we reach across to the car, the soldier bring the two open and handed it to me and after the driver drive off.

Michael Bourne 8-8-06
Christopher Bourne 8-8-06 (x2)
M Mitchell 8/8/06
[signature] 8/8/06

Justice of the Peace
St. George East 8/8/06

went down the road by footsteps CB
CB video and after we drive down
to Francis Bitoette he drive around and
Bitoette show we where the man is inside
the bar. After we leave and come
out the coffin and went inside the
bar and after we reach in the bar
I end up sticking the man up.
Me and Francis and after we
took him to the car Francis was
driving the car and went up Santa Cruz
and found him over to the man
dey call Soldier. After we
hand him over dey tell him
and go away with him. To
leave and went home and then
the Soldier come up the next
day in the night for the gun.
I gifted him the gun and told him
the fled night that's when the question CB
of gifted him the gun. After the question CB
want meh name to call. They
end up coming meh name and now I
do it and besides that I have a
witness who came and was there who
he come and collect the gun. After
that NINJA come and tell meh that
the man died with one sickness
he had and he end up chopping
him up and throwing him and
everything in the NINJA was in he car
when he come and tell meh that.

Christopher Baccus 8-8-06

GP 70-P190-50,000-/99

Stuart Soper 8-8-06    O.P.B. 10175/06    M.J. Carbose 8/8/06

Justice of the Peace
St. George East
8/8/06

**STATEMENT**

Name................................................ Sex........... Age...........
Occupation................................... Address..........................
Investigating Officer taking Statement................ Continued
Others present..........................................
Date.................... Time Commenced............ Place................

2

QUESTION: Do you know who PIERRE is by any other name and where does he live?

ANSWER: Yeah, ninja and he live in Bourg Mulatresse, Santa Cruz and he went to school together and I use to see him in school.

QUESTION: What do you mean by "scene line up"?

ANSWER: The end up coming up and showing men about the soldier and him and they were planning to kidnap the man for money and they were planning it by Malonoob.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Nelawood?

ANSWER: That is by the Club in Bourg Mulatresse.

QUESTION: Who was at the meeting at the CB of Christopher Bourne 8-8-06

Millerson #186
Christopher Bourne 8-8-06
Dip. Sergt. 8-8-06
Harris #0857 8/8/06

club?
Answer: It was no Santa Ninja and these soldiers.
Question: Do you know Santa ninja any other name?
Answer: No all I know is that he living somewhere in Santa Cruz.
Question: Describe the man in the bar?
Answer: It was ah Indian, low hair slim will beard and thing.
Question: Did the soldier tell you anything about the men?
Answer: They say he used to fight was in Vietnam or something like that.
Question: Describe the soldiers who was at Melonwoods?
Answer: It had one that was taller than all the rest, dark this hair was low. Not one he was making hand with ninja and he not in the force and he get throw out of the force. He was brown skin, short, stout, muscular the body and had a low cut. I know him by seeing him in Boug Mulatress opposite ninja house Bouchmaq ninja would pass with him in the car. That have the next one he shell in the force he used to be firing whose they does fix radio and thing by Miguel and then opposite Melonwoods

S.P. Tr. No.-P190-50,000-/99     MLC 96802 8/8/06     Christopher Bourne 8-8-06     8.P. [signature] 8-8-06     [signature] 8/8/06     D.C.B     [signature] at George East     [signature] 8/8/06

# STATEMENT

Name......................................... Sex............ Age............
Occupation.............................. Address...continued
Investigating Officer taking Statement.............................
Others present............................................................
Date................. Time Commenced............. Place...............

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah, he name Smicky all of we went to school together. He was older than me and he living up in Bravo Mulateress by Ninja.

QUESTION: Does Brinst Smicky have a car and describe it?
ANSWER: Yeh he have one, al think it is a grey but ah don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: Shaka was standing outside the road in front the Club and I see come for him and ask I tell him let we walk. I had the gun in meh hand, that was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything.

Christopher Bourne 8-8-06 [signature] 8-8-06

[sideways annotations:]
Justice of the Peace
St. George East
[signature] 8/8/06
M Wilson 8/8/06

he just walk and when we reach to the car STAKA put him inside the car and after I jump in and went up the road with Bruey. and the same soldier who was always with NINJA was sitting in a car and the road watching the scene.

QUESTION: when you was by the woods and the soldier bring the gun. which one of the soldier was that?

ANSWER: the same soldier who was moving with ninja and living up by top CB.

QUESTION: he gave the gun inside the car. He gave STAKA a gun too.

QUESTION: who showed you the man in the bar?

ANSWER: the same soldier who living up by NINJA.

QUESTION: when we show the man how did you hear the man dead and how long after you leave of his class?

ANSWER: It was all about two weeks after he dead when NINJA come up by the shop and tell me the man dead and he on the hand. CB.

QUESTION: Did you recome any money and he chop him up.

ANSWER: no.

QUESTION: Did you kill the man?

ANSWER: did not kill no man and not a take part in it.

Christopher Bowers 8-8-06

**STATEMENT**

Name............................................. Sex........... Age...........
Occupation.......................................
Address........................................... [signature]
Investigating Officer taking Statement..............
Others present..............................

Date........................ Time Commenced.................. Place..................

QUESTION: If you see the soldier who was riding with Mrs. Ja- all the time would you be able to identify him?

ANSWER: Yeah because he was set up with the driver Christopher.

Source 8-8-06    [signature] 8-8-06
PCA JP 8/8/06    McGregor 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything which this statement is true I have made it of my own free will. Christopher Bourne
8-8-06   [signature] 8/8/06
[signature] JP 8/8/06

I wish to certify that I was requested then to catch # w/n#13158 W/PC Cozie at the police at the Homicide Bureau of force that in pretence was needed. On my arrival I contacted W/PC Pinder. A young man name Michael Bourne also called Christopher Scaley and his father Hugh Archibald DPC Greene informed me she was investigating an incident of threats and Michael Bourne was the Sergeant. I then requested the police officers to leave the room so I could speak to the subject

Justice of [rotated stamp]
St. George

to which they complied. I then asked the suspect if he was threatened, pressed or promised anything to which he listened and he said no. He was given on oath freedom that he will to also told him he must object to give any statement and he said he wanted to give a statement and he verbal the police to write the statement. I then read the preamble to the statement and he repeated the same word that was captured at the top and read the preamble to the suspect and he said verbalised and she wrote it. The suspect escaped and related it. The suspect clutched his statement while WPC Corine and PC Pinols and myself also signed it. The surface escaped and related it. The suspect cluched his wife. The suspect escaped and myself she signed. She then also certify to the suspect answered. She then also read over the statement and the suspect certified to her proper to the suspect in the presence of his wife. He said he was satisfied it correct, he said the safe was signed and dated before PC Pinols. The suspect and myself.

Justice of the [illegible]
St. George East

**STATEMENT**

Name........................................ Sex........ Age........
Occupation................................ Address....................
Investigating Officer taking Statement.............................
Others present.....................................................
Date.................... Time Commenced............ Place...........

Signed and dated 1/8/06. The Defendant then wrote a Certificate from the Judges Rules & Check again he signed and dated it, after deliberations PC Murdo did like wise.

Agnela Burke
Justice of the Peace 8/8/06
St. George East

This ended 9:45pm on Tuesday 8th August 2006
Recorded by: Josephine Mitchill Sgt # 817
Witness: S/06.

Agnela Burke
Justice of the Peace
St. George East 8/8/06