## STATEMENT

MICHAEL BOURNE / BOYLE

D.O.B. 23/6/78

Name: CHRISTOPHER SEALEY   Sex: Male   Age: 32 years

Occupation: Shop Keeper   Address: LP 54 Kingston Avenue, La Canoa Road, Santa Cruz

Investigating Officer taking Statement: No. 13158 WPC MITCHELL-GOSYNE

Others present: No. 16502 R. PINDER, Justice of the Peace Mr. Asquith CLARKE and HUGH DAVID SEALEY JNR.   HOMICIDE

Date: 8 August, 2006   Time Commenced: 9:15 pm.   Place: Arouca Police Station

I MICHAEL BOURNE also known as CHRISTOPHER SEALEY and BOYLE, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be given in evidence. I have also been told that I have the right to retain a legal adviser. Christopher Bourne 8-8-06   Hugh S— 8-8-06

R. Pinder J.P 8/8/06  In early January, 2005 WAYNE PIERRE come and check meh and say he have some scene line up. He tell meh how we go meet by Melownodes. When we reach by Melownodes everybody was dey. The soldiers and them. The soldiers and them start to talk about the same man "Bo", like which part he does be drinking in El Socorro and after the meeting by the bar they tell me to go across by the bar. When we reach across to the bar the soldier bring the two gun and handed it to me and SHAKA. And after the driver drive off and

CB x

Melownodes 8/8/06   Christopher Bourne 8-8-06
Hugh S— 8-8-06   R. Pinder J.P 8/8/06

Justice of the peace East St George

went down the road by ~~El Socorro~~ × CB
CB ~~side~~ and after we drive down
~~El Socorro~~ Franquez he drive around and × CB
show me where the man is inside
the bar. After we leave and come
out the car and went inside the
bar and after we reach in the bar
I end up sticking the man up.
Me and Patrick and after we
took him to the car Saucy was
driving. We went up Santa Cruz
and hand him over to the man
dey call SOLDIER. After we
hand him over to NINJA dey take him
and go away with him. I
leave and went home and then
the SOLDIER come up the road
by me in the night for the gun
the gun had no shots in it and
CB ~~I give him~~ TED ~~meh brother the gun to give the soldier~~ CB
M it cause ah didn't
want meh name to call. they
end up calling meh name and say I
do it and beside that I have a
witness who came and was there when
he come and collect the gun. After
that NINJA come and tell meh that
the man died with some sickness
he had and he end up chopping
him up and burying him and CB
everything. its alright NINJA was in he car
when he come and tell meh that.
Christopher Bourne 8-8-06

G.P., Tr.,To.—P 180-50,000—1/99
[signature] 8-8-0-6  [signatures] 8/8/06

Justice of the Peace
St. George East
8/8/06

STATEMENT

Name................................................... Sex........... Age..........
Occupation............................... Address..........................
Investigating Officer taking Statement ........ Continued
Others present...........................................................

Date    Time Commenced    Place

QUESTION: Do you know WAYNE PIERRE by any other name and where does he live?

ANSWER: Yeah, ninja, and he live in Bourg Mulatteress, Santa Cruz and we went to school together and I use to see him in school.

QUESTION: What do you mean by scene line up?

ANSWER: He end up coming up and showing meh about the soldier and how and they were planning to kidnap the man for money and they were planning it by Melonwoods.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melonwoods?

ANSWER: That is by the Club in Bourg Mulateress.

QUESTION: Who was at the meeting at the

CB Christopher Beurne 8-8-06

club?
ANSWER: It was me, SHAKA, NINJA and three soldiers.
QUESTION: Do you know SHAKA by any other name?
ANSWER: No, all I know is that he living somewhere in Santa Cruz.
QUESTION: Describe the man in the bar?
ANSWER: It was ah Indian, low hair slim with beard and thing.
QUESTION: Did the soldier tell you anything about the man?
ANSWER: They say he used to fight war in Vietnam or something like that. Like they had their plan before.
QUESTION: Describe the soldiers who was there at Melowwoods?
ANSWER: It had one that was taller than all the rest, dark, his hair was low. Next one he was riding hard with NINJA and he not in the force and he get throw out of the force. He was brown skin, short, straight, muscular in body and had a low cut. I know him by seeing him in Boung Mulateress opposite NINJA house. Sometimes NINJA would pass with him in the car. Then it have the next one he still in the force he used to be fixing where they does fix radio and thing by Miguel and them opposite Melowwoods

p.cB

McC... 8/8/06    Christopher Bourne 8-8-06
                                           8/8/06

STATEMENT

Name.................................................... Sex........ Age........
Occupation............................ Address........................
Investigating Officer taking Statement........................ *continued*
Others present........................................................

| Date | Time Commenced | Place |
|---|---|---|

and I use to pass and see him right through. He was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah he name Smiley, ah we went to school together. He was older than me and he living up in Bouncy Mulatoress by NINJA.

QUESTION: Does cBNINJA have a car and describe it?
ANSWER: Yeh he have one ah think it is a grey but ah don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: SHAKA was standing outside in road in front the Club and I walk in and tell the man that we come for him and after I tell him leh we walk. I had the gun in meh hand. That was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything

M Ledoice 8/8/08   Christopher Bourne 8-8-06
                   Hugh S——  8-8-06

he just walk and when we reach to the car SHAKA put him inside the car and after I jump in and went up the road with SAUCY. and the same soldier who was always with NINJA was sitting in a car over the road watching the scene.

QUESTION: when you was by Melonwoods and the soldier bring the gun. which one of the soldier was that?

ANSWER: The same soldier who was moving with ninja and living up by he gave meh the gun inside the car. he give SHAKA a gun too. CB

QUESTION: who showed you the man in the bar?

ANSWER: The same soldier who living up by NINJA show me the man. CB

QUESTION: When did you hear the man died and how long after you learn of his death.

ANSWER: It was about two weeks. CB ah hear he dead when NINJA come up by the shop and tell me the man dead and he on he hand CB and he chop him up.

QUESTION: Did you receive any money

ANSWER: No.

QUESTION: Did you kill the man?

ANSWER: I did not kill no man and meh ah take part in it.

Christopher Bourne 8-8-06

STATEMENT

Name.................................................... Sex........ Age........
Occupation............................... Address..................
Investigating Officer taking Statement ..................
Others present ..........................................................

Date          Time Commenced          Place

QUESTION: If you see the soldier who was riding with NINJA all the time would you be able to identify him?
ANSWER: Yeah because he who set meh up with the gun. Christopher Bourne 8-8-06 [sig] 8-8-06
[sig] JP 8/8/06  M Gibson 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true. I have made it of my own free will. Christopher Bourne 8-8-06 [sig] 8-8-06
[sig] JP 8/8/06

This is to certify that I was requested by the Police and the Homicide Bureau of Grenada that my presence was needed. On my arrival I met #13158 WPC Gopaul #2650 & PC Pinder. A young man name Michael Bourne also called Christopher Sealey and his father Hugh David Sealey. WPC Gopaul informed me she was investigating an incident of Murder and Michael Bourne was the suspect. I then requested the Police Officers to leave the room so I could speak to the suspect

[margin: Justice of St. George 8/8/06]

to which they complied. I then asked the suspect if he was threatened abused or promised anything to give the statement and he said no. He was giving the statement on his own free will. I also told him he was not obliged to give any statement and he said he wanted to give a statement and he wanted the police to write the statement. I then recalled the Police officers to the room. WPC Gozine got the statement sheet wrote all that was required at the top and read the preamble to the suspect and he said understood and she wrote it. The suspect signed and dated it along with his father PC Pinder and myself also signed and dated it. The suspect dictated his statement while WPC Gozine recorded it. She also asked questions so as to clarify areas which needed to be properly identified to which the suspect answered. She then asked him if he was satisfied with she wrote as she read the statement to the suspect in the presence of his father. He said he was satisfied that it correctly recorded and he signed and dated, before PC Pinder, the suspect and myself

*Justice of the Peace*
*St. George East*

G.P., Tr./To.—P 190—50,000—89

## STATEMENT

Name......................................................... Sex......... Age.........
Occupation................................ Address...........................
Investigating Officer taking Statement.............................
Others present...............................................................

Date          Time Commenced          Place

signed and dated it. The suspect then wrote a Certificate from the Judges Rules to which again he signed and dated it. His father did likewise PC Pinder and I did likewise.

*[signature]*
Justice of the Peace   8/8/06
St. George East

Time ended 9:45pm on Tuesday 8th August, 2006
Recorded by: Jermaine Mitchell — George P.St.
*[signature]* George P.St. 8/8/06.

*[signature in margin: Justice of the Peace St. George East 8/8/06]*